# ATTACHMENT 1

## COMPLAINT FORM

(For Filers who are prisoners without Lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

(Full name of Plaintiff)

GERALD SCOTT MAYEK

V

Case Number.

21-cv-151-jdp

(To be supplied by Clerk of Courts)

(Full names of Defendants)

GUNDERSEN HOSPITAL-BOSCOBEL,
Dr. TIMOTHY BRIESKE M.D., Dr. EILEEN GAVIN M.D.,
Dr. GROSS M.D. W.S.P.F, L. ADAMS H.S.U. MANAGER W.S.P.F,
JOHN DOE EMPLOYERS, WISCONSIN PATIENTS
COMPENSATION FUND

A PARTIES

Plaintiff is a citizan of Wisconsin (State), and is located at,

1101 MORRISON DR. PO BOX 1000 Boscobel, WI 53805
(Address of prison or jail)

2. Defendants: Gundersen Hospital-Boscobel; Dr. Gross, Dr. Gavin, Dr. Brieske, L. Adams, John Doe employers, Wisconsin Patients Compensation Fund.

are both citizens of Wisconsin, and unknown

and resides at: unknown

and worked for: Gundersen Hospital-Boscobel, John Doe employers, WSPF Health Services Wisconsin Patients Compensation Fund.

B STATEMENT OF CLAIM:

This complaint is about the inadequate administration of and the refusal to treat Mayek with pain medications.

In May of 2019, Mayek suffered a spinal injury that left him screaming in pain, begging and crying for help.

In June of 2019, Mayek was diagnosed as having a L3 compression fracture by Dr. Timothy Brieske M.D. Gundersen Hospital-Boscobel.

Dr. Brieske prescribed pain medication that did nothing to relieve my pain. Four days later Mayek attempted suicide because he couldn't live with the pain any longer.

After screaming for help for over a week my medication was change to a stronger dose of medicine and my pain issue was temporarily addressed.

After two weeks my medication was discontinued and I was once again left to deal with severe and agonizing pain.

Since July of 2019, I've been in pain every minute of everyday. I've been unable to walk any distance without having increased pain or stopping to hold onto the walls for support.

Since July of 2019, I've ask for pain medication from Ms L. Adams, Dr. Eileen Gavin, Dr. Gross. Not any one of them would give me anything stronger than tylenol.

Mayek was sent to La Crosse, WI for a pain management consultation on September 17, 2020, with Dr. Anna Batterson D.O. (Osteopathic Physician)

Dr. Batterson recommended an epidural injection, medical mattress, and gabapentin for pain.

Mayek did receive an epidural (didn't work) but WSPF refuse to give Mayek a medical mattress

or gabapentin.

Even tho Mayek has complained of constant pain (over 40 Health Service Request for help or pain medication) he has been refused relief.

On June 13, 2019, registered nurse Jodie C. Eckert, (Gundersen Hospital-Boscobel) placed a call to WSPF at 8:08AM and spoke to nurse Erin Wehrle about Mayek having surgery done to repair his spinal injury.

Nurse Wehrle acknowledged that she understood and would pass along this information. Nothing was ever done with this information.

When Mayek spoke to Dr. Batterson about still having surgery done, Dr. Batterson said that because of such a long delay that surgery was no longer possible. That was on Sept. 17, 2020.

Mayek has read dozens of cases which explain that delays in receiving medical treatment violate the protection that the Eighth Amendment provides.

The hospital now wants to give me another shot in my hip. I'm hesitant because of my last reaction to the epidural.

I now jerk and Twitch as if I'm receiving electrical shocks. I walk with a drunken gait as I bump into and hang onto the walls.

I now walk with my hand pressed to my groin so that I can apply pressure to make it hurt less.

If I twist my torso I yell out in pain. I cant sleep for any lenath of time and Dr. Batterson said that this only exacerbates my pain.

Its been 2 years since I injured my spine. I'm afraid that I'll have trouble for the rest of my life.

I have exhausted my administrative remedies.

JURY DEMAND

☒ Jury Demand - I want a jury to hear my case

Dated this 3rd day of March 2021,

Respectfully Submitted

Gerald S. Mayek
Signature of Plaintiff

58436
Plaintiff's Prisoner ID Number

P.O. Box 1000
Boscobel, WI 53805
(Mailing Address of Plaintiff)

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.